**Motion Granted; Opinion issued September 23, 2014 Withdrawn; Appeal Reinstated and Order filed October 23, 2014**



In The

# Fourteenth Court of Appeals

———————

NO. 14-14-00599-CR

———————

**HECTOR A. PENA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 12CR3366**

## ORDER

On September 23, 2014, this Court issued an opinion dismissing this appeal because the trial court granted the State's motion for new trial. On October 8, 2014, appellant filed a motion to abate the appeal in which he requested this court reinstate his appeal and abate it until conclusion of the State's appeal of the grant

of his motion for new trial in cause number 14-14-00746-CR. The motion is granted.

This Court's opinion filed September 23, 2014, is withdrawn, and our judgment of that date is vacated. The appeal is ordered reinstated.

The appeal is abated, treated as a closed case, and removed from this court's active docket until resolution of the State's appeal in cause number 14-14-00746-CR. The appeal will be reinstated on this court's active docket at that time, or when the parties file a dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM